**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |  |
|---|---|---|
| JOHN LAHOUD, | : | Civil Action No. 1:25-cv-04136-MMG |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | **CONSENT ORDER FIXING** |
| MERRILL LYNCH, PIERCE, FENNER | : | **DEADLINES TO FILE OPPOSITION** |
| & SMITH INCORPORATED, | : | **AND REPLY TO RESPONDENT'S** |
| | : | **CROSS MOTION TO CONFIRM** |
| | : | **ARBITRATION AWARD AND** |
| Respondent, | : | **TO ENTER FINAL JUDGMENT** |
| | : | |

_____

Petitioner, John Lahod and Respondent Merrill Lynch, Pierce, Fenner & Smith, by and through their undersigned counsel, hereby stipulate as follows:

1. Petitioner shall file any and all opposition papers to Respondent's Cross Motion to Confirm Arbitration Award and Entry for Final Judgment, filed on November 24, 2025, Docket Entry #24 (the "Cross Motion") on or before December 19, 2025.

2. Respondent shall file any and all reply papers in further support of the Cross Motion on or before December 26, 2025.

I hereby consent to the form and entry of this Order.


_/s/ Joseph M. Cerra_

Joseph M. Cerra
Lynch Law Firm
95 Murray St.
Goshen, NY 10924


Attorneys for Petitioner


_/s/ Christopher S. Koller_

Christopher S. Koller
Rubin, Fortunato & Harbison P.C.
1200 Liberty Ridge Drive
Suite 220
Wayne, PA 19087

Attorneys for Respondent


SO ORDERED:

_____
Honorable Margaret M Garnett, U.S.D.J.