**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

JOHN LAHOUD ,

Petitioner,

-against-

MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.,

Respondent.

---------------------------------------------------------------X

25 **CIVIL** 4136 (MMG)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 25, 2026, the Petitioner's motion to vacate the Award is DENIED, and Respondent's cross-motion to confirm the Award is GRANTED; accordingly, the case is closed.

**Dated**: New York, New York
September 29, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**